Armin F. Hillmer and Katie Sack, appellants, v. Robert J. Graf et al., appellees. Oscar Engelhard and J. S. Armitage, appellants, v. Robert J. Graf et al., appellees. Gen. No. 39,916.

Opinion filed March 21, 1938. Rehearing denied April 4, 1938.

Leonard & Leonard, Seyfarth & Atwood and Owens & Owens, for appellants; Gordon McLeish Leonard and George Edward Leonard, of counsel. Thomas D. Nash and Michael J. Ahern, for appellee Robert J. Graf.

Mr. Justice McSurely delivered the opinion of the court.

In the matter of estate of Carrie Aumer, deceased. Elizabeth Steggers, appellant, v. Estate of Carrie Aumer, appellee. Gen. No. 39,961.

Opinion filed March 21, 1938.

George J. Dreiske and John A. Filpi, for appellant. Joseph D. O'Donnell, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Arnold A. Schwartz, appellee, v. George L. Babcock and Bankers Trust Company, appellants. Gen. No. 39,839.

Opinion filed March 21, 1938. Rehearing denied April 4, 1938.

Packard, Barnes, McCaughey & Schumacher, for certain appellant; Russel J. McCaughey, of counsel. Pope & Ballard, for certain other appellant; Ferris E. Hurd and Herbert Pope, of counsel. Stewart Reed Brown, for appellee; K. B. Czarnecki, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Helen Witton, appellee, v. Edwin J. Nelson, appellant. Gen. No. 39,850.

Opinion filed